# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FREDERICK RIZZOLO,

        Plaintiff,

vs.

KIRK HENRY, *et al.,*

        Defendants.

2:12-cv-02043-JAD-VCF

**<u>ORDER</u>**

Before the court is *Frederick Rizzolo v. Kirk Henry, et al.*, case no 2:12-cv-02043-JAD-VCF. There has been no activity from the parties since April 29, 2013.

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:30 a.m., October 22, 2014, in courtroom 3D.

Dated this 7th day of October, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE